FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY D. CHEESMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ELLENSBURG, ELLENSBURG CITY ATTORNEY, ELLENSBURG POLICE DEPARTMENT, POLICE OFFICER RYAN POTTER,<br><br>    Defendants. | No. 1:20-CV-03224-SAB<br><br>**ORDER DISMISSING ACTION** |

Before the Court is the parties' Stipulation for Order of Dismissal With Prejudice, ECF No. 3. The parties stipulate and agree that an Order of Dismissal with Prejudice should be entered.

//
//
//
//
//
//
//

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned case is **DISMISSED**, with prejudice.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff and counsel, and **close** the file.

**DATED** this 5th day of May 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**